161 A.3d 795

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert M. JENNINGS III, Petitioner

No. 464 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.